United States District Court    MAGISTRATE JUDGE _Collings_
Boston, Massachusetts
FILED CLERKS OFFICE

Silva Wayne Anthony        Plaintiff    Jury Request
        vs.           2007 JUN 18 P          Nine Complaint
United States                              CA 11133 DPW
        vs.           DISTRICT COURT    07
                      DISTRICT OF MASS
State Of Massachusetts     3rd Party]   Sent 06/16/07

[1] Allegation Of Jurisdiction.
[1] Jurisdiction Rounded On The Existence Of a Federal
Question Jurisdiction 28 U.S.C. § 1331 Controversy Article
T[0][1] Impairing Obligation Of Contracts And Granting
Title Of Nobility To Felons State Workers Not To Arrest
Action Arises Under The Constitution Of The United States
Art. III Sec. [1+2] [The XIV [1868] Sec. 1 Not Deprive
Life Liberty Or Property Nor Deprive Right To Arrest
By State And Sec. 4 Validity Of United States Public
Not Questioned, To The Constitution Of The United States;
Section 11 Of The Securities Act Of 1933 Statue [15
U.S.C. § 77k] Creates Cause Of Action Title [15 U.S.C.
§ 77v] Sec. 22 Grants Jurisdiction as [28 U.S.C. § 1391[b]
And Exclusive Jurisdiction [15 U.S.C. § 78aa] as Hereafter
More Fully Appears.

   2nd Party Federal Tort Claims Act Recovery Against
Government From State Kidnap Hostage False Arrest And
Abuse Of Process Not To Arrest State Felons 28 U.S.C.A.
§ 2680[h].   U.S. Attorney Refuses To Arrest.   Also
Rhode Island Case 1:07-cv-00022-ml Court Refuses To
Seizure Five Cases In Complaint Rule 55[b][1] F.T.C..

   3rd Party Any City Police Or State troopers Refuse
Relief: Demand 2nd Party Arrest And Seizure Of Defendants
Asserts And / Or $ 300,000,000,000,000.00.
Demand 3rd Party Arrest Defendants And Issue Executions
F.T.C. And / Or $ $ 100,000,000,000,000.00.
Pro-se Attorney: _[signature]_
           Silva Wayne Anthony
[01] <> [02]    97 Park St. New Bedford, Mass. 02740

S.W. Anthony v U.S.A. & Ma. State Complaint 06/16/07 To Arrest Suspects Or Get Identification Report To File Criminal From 1982 And State Courts Refuse To Prosecute Felonies Ma. Chap. 268 Sec. 36. No Judicial Conduct In Action To Impeach Judge Or Clerk For Will Not Docket Or May Prosecute? Blocking Payment Patent Fees U.S.A. 4,481,674 And Canada Rights Patent 1,196,061. Both Infringed And Two Forged Patents To Cancel E.T.C..

Conspiracy Two Or More Persons In Unlawful Concerted Actions. Marc J. Santos, Robert J. Kane And Valerie P. Brodeur Are In Theft Embezzlement 18 U.S.C.A. § 656 [1948] To Disobedience of Rule 55[a][b][1] Process Contempt 18 U.S.C.A. § 1072 Of Case Silva v. Daniel J. Hogan Brcv2005-01010 Taunton Superior For 1 Million Dollars Plus Interest Affidavit 04/19/07. Second Court Case Fall River Superior Brcv2006-00853 Anthony v. New Bedford P.A.C.E. For Trust Action. Santos, Kane And Brodeur Are In Rule 55[b][1] 08/25/06 Grand Larceny Defrauding Ma. G.L. c. 266 § 52 For 23½ Million And Will Put Up As Embezzlement Theft Of Last Affidavit 05/29/07 For Form 2A Summons To Trustee. Filed In District Attorney Office New Bedford But No Arrest Or Correction?

Boston Superior Court Sucv2003-01075 Silva v. Stellato And Noonan Both Rule 55[b][1] 04/14/03 And Michael Joseph Donovan And Margaret R. Hinkle In Grand Larceny Defrauding Ma. G.L. c. 266 § 52 For Approx. 1 Million Dollars.

The Rule 55[a][b][1] States Clerk Issue Not Put Before Judge As In Rule 55[b][2]. Clerk Intentional Refuses And Puts Before Judge To Mediation Against Ma. Rule 55[a][1] Clerk Enter Judgment Without Direction Of Court. Acting Stupefied.

Relief: 2nd Party * 300,000,000,000,000.00. 3rd Party * 100,000,000,000,000.00 Both With Interest And Costs.

Pro-Se attorney: _John Wayne Silva_
   Silva Wayne Anthony
[Ω] <> [CZ]    97 Park St. New Bedford Mass. 02740